# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00335-CV

**Defenders of Americans' Voice in Decision-Making, Inc., Susan Clark, The Helen Clark Family Trust, A. B. Roper, The Roper Family, John Airhart, Kimberly Airhart Monk, and Modene Carroll, Appellants**

**v.**

**Texas Commission on Environmental Quality and North Texas Municipal Water District, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. GN400067, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants Defenders of Americans' Voice in Decision-Making, Inc., Susan Clark, The Helen Clark Family Trust, A. B. Roper, The Roper Family, John Airhart, Kimberly Airhart Monk, and Modene Carroll no longer wish to pursue their appeal and have filed an unopposed motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellants' Motion

Filed:   June 22, 2005